UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHERMAN EMERSON,

                Movant,

-against-

UNITED STATES OF AMERICA,

                Respondent.

1:21-CV-5647 (LTS)

TRANSFER ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

    Movant, currently incarcerated in the Federal Correctional Institution in Otisville, New York, brings this *pro se* motion, under 28 U.S.C. § 2255, seeking to challenge the imposition of his sentence rendered in the United States District Court for the Southern District of Indiana.

    Because Movant was convicted and sentenced in the United States District Court for the Southern District of Indiana, under Local Civil Rule 83.1, this action is hereby transferred to the United States District Court for the Southern District of Indiana.

    The Clerk of Court is directed to mail a copy of this order to Movant and note service on the docket.

    The Clerk of Court is further directed to transfer this action to the United States District Court for the Southern District of Indiana.

    This order closes this case.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   June 30, 2021
              New York, New York

                                          /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                      Chief United States District Judge